IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-51195
Summary Calendar
_____


OTIS BELSER,

                                        Plaintiff-Appellant,

versus

GARY L. JOHNSON, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W:98-CV-409
- - - - - - - - - -
June 23, 2000

Before JOLLY, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

        Otis Belser appeals the district court's denial of his
motion for appointment of counsel. Belser has not demonstrated
the "exceptional circumstances" necessary for appointment of
counsel in a civil rights case. See Ulmer v. Chancellor, 691
F.2d 209, 212 (5th Cir. 1982). The district court's order
denying appointment of counsel is therefore AFFIRMED.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.